IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JAMES P. ANDERSON, ) No. C 09-4955 MMC (PR)
        Plaintiff. ) **ORDER OF DISMISSAL**
_____ )

      On October 19, 2009, the above-titled action was opened when plaintiff, a California prisoner incarcerated on Death Row at San Quentin State Prison ("SQSP"), and proceeding pro se, filed a letter,[1] along with documentation attached thereto, seeking an investigation into the alleged violation of his and other Death Row prisoners' constitutional rights by two SQSP correctional officers. That same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to submit a complaint. In said notice, plaintiff was advised that his failure to submit a complaint within thirty days would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the court's civil rights complaint form, instructions for completing it, and a return envelope.

      Also on October 19, 2009, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty

---

[1] The letter is addressed to the Honorable Jeremy Fogel. In accordance with the Northern District's Assignment Plan, however, the case was assigned to the undersigned in light of plaintiff's prior pro se actions having been so assigned.

1  days, would result in dismissal of the action.  Along with said notice, plaintiff was sent a copy
2  of the court's IFP application, instructions for completing it, and a return envelope.
3       Plaintiff has not responded to either of the Court's deficiency notices.  Accordingly, as
4  more than thirty days have passed since the issuance of the above-referenced deficiency
5  notices, and plaintiff has not submitted a complaint, completed the IFP application or paid the
6  filing fee, the above-titled action is hereby DISMISSED without prejudice.
7       The Clerk shall close the file.
8       IT IS SO ORDERED.
9  DATED: November 30, 2009
10                    _____
                      MAXINE M. CHESNEY
                      United States District Judge