IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JAMES P. ANDERSON,<br><br>   Plaintiff,<br>_____/ | No. CV-09-4955  MMC (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.


Dated: November 30, 2009                                  Richard W. Wieking, Clerk

                                                                              *Tracy Lucero*

                                                                              By: Tracy Lucero
                                                                              Deputy Clerk